COPY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL
715

*E-filing*

**SUMMONS IN A CIVIL CASE**

V.

**CASE NUMBER:**

STANFORD HOSPITAL AND CLINICS AND LUCILE
PACKARD CHILDREN'S HOSPITAL

**TO:** (Name and address of defendant)

STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL HRL
300 Pasteur Drive, Room HG005
Stanford, CA  94305

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Sokol
W.Daniel Boone
Bruce A. Harland
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within  twenty (20)   days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

MARY ANN BUCKLF'

(BY) DEPUTY CLERK

NDCAO440