**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 25, 2008
**Case Number:** CV-08-213-JF/RS and Related Case Numbers CV-08-215-JF/RS and CV-08-216-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:           SERVICE EMPLOYEES LOCAL 715  V.  STANFORD HOSPITALS

                        PLAINTIFF                                    DEFENDANT

   Attorneys Present: Bruce Harland              Attorneys Present:  Eileen Ridley

---

PROCEEDINGS:

   Case management conference held.  Parties are present.  The Court makes the following orders as to all related cases, including CV-07-5158-JF, CV-08-1726-JF and CV-08-1727-JF:  Dispositive motions to be filed by 7/18/08.  Hearing on motions set for 8/29/08 at 9:00 a.m.  All other hearing dates are vacated.   Discovery to proceed as recited.