1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL, | Case No: 5:07-CV-05158-JF |
| 13        Petitioners, | **[PROPOSED] ORDER GRANTING STANFORD HOSPITAL & CLINICS' AND LUCILE PACKARD CHILDRENS HOSPITAL'S MOTION TO COMPEL DEPOSITIONS** |
| 14     vs. | |
| 15 SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, | |
| 16        Respondent. | Date:       August 27, 2008<br>Time:     9:30 a.m.<br>Dept:     4 |
| 18 | Judge:     Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Richard Seeborg |
| 20 SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00213-JF |
| 21       Petitioner and Counter-Respondent, | |
| 23     vs. | |
| 24 STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 26       Respondents and Counter-Petitioners. | Judge:     Hon. Jeremy Fogel |

27
28

SFCA_1423403.1

1  SERVICE EMPLOYEES                       Case No:  5:08-CV-00215-JF
   INTERNATIONAL UNION, LOCAL 715
2
                   Petitioner,
3
           vs.
4
   STANFORD HOSPITAL & CLINICS and
5  LUCILE PACKARD CHILDREN'S
   HOSPITAL
6                                          Judge:        Hon. Jeremy Fogel
                   Respondents.
7
   SERVICE EMPLOYEES                       Case No:  5:08-CV-00216-JF
8  INTERNATIONAL UNION, LOCAL 715
9                  Petitioner,
10         vs.
11 STANFORD HOSPITAL & CLINICS and
   LUCILE PACKARD CHILDREN'S
12 HOSPITAL
                                           Judge:        Hon. Jeremy Fogel
13                 Respondents.
14 SERVICE EMPLOYEES                       Case No:  5:08-CV-01726-JF
   INTERNATIONAL UNION, LOCAL 715
15
                   Petitioner,
16
           vs.
17
   STANFORD HOSPITAL & CLINICS and
18 LUCILE PACKARD CHILDREN'S
   HOSPITAL
19                                         Judge:        Hon. Jeremy Fogel
                   Respondents.
20
21 SERVICE EMPLOYEES                       Case No:  5:08-CV-01727-JF
   INTERNATIONAL UNION, LOCAL 715
22                 Petitioner,
23         vs.
24 STANFORD HOSPITAL & CLINICS and
   LUCILE PACKARD CHILDREN'S
25 HOSPITAL
26                 Respondents.            Judge:        Hon. Jeremy Fogel
27
28
                                      2
   [PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
   CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
   5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1

1

2

3

4

5

6

7

　　　　Respondents and Counter-Petitioners Stanford Hospital & Clinics' and Lucile Packard Children's Hospital's ("the Hospitals") Motion to Compel Depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim came on regularly for hearing before the Honorable Richard Seeborg on August 27, 2008, at 9:30 a.m., in Department 4 of above-captioned Court.  Bruce Harland appeared on behalf of the Petitioner and Counter-Respondent Service Employees International Union, Local 715 ("Local 715").  Eileen R. Ridley appeared on behalf of the Hospitals.

8

9

10

11

12

13

14

　　　　The Court, for good cause and having considered the pleadings in this matter, all the papers submitted in support of, and in opposition to, said Motion, and having heard the arguments of counsel, **HEREBY GRANTS** the Motion in its entirety and orders Local 715 to produce Rusty Smith, Myriam Escamilla and Kristy Semersheim for depositions.  The depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim are hereby ordered to be completed on mutually convenient dates but no later than September 10, 2008.

15

16

　　　　Furthermore, it is hereby ordered by Local 715 pay sanctions in the amount of $_____ to the Hospitals for costs incurred in bringing forth this Motion.

17

　　　　IT IS SO ORDERED.

18

19

20

Dated: _____, 2008　　　_____

21

　　　　　　　　　　　　　　　　　　HON. RICHARD SEEBORG

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITIONS
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423403.1